UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Andrea D. Bergman |
| v. | : | Magistrate No. 24-1032 |
| KELLEE C. GLADNEY | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip R. Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 7492707 against defendant Kellee C. Gladney, which was filed on December 20, 2023, charging her with obstruction of mail, for the reason that prosecution of defendant Kellee C. Gladney is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is pending the successful completion by defendant Kellee C. Gladney of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_Philip R. Sellinger /EKL_
Philip R. Sellinger
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_Andrea Bergman_
HON. ANDREA D. BERGMAN
United States Magistrate Judge

Dated: 7.25.24